IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DEBORAH M. STAPLETON,              §
                                   §
        Plaintiff,                 §
                                   §
v.                                 §          2:16-CV-251-D
                                   §
NANCY A. BERRYHILL,                §
Acting Commissioner of Social Security,  §
                                   §
        Defendant.                 §

## ORDER

Plaintiff has appealed the decision of the Acting Commissioner of Social Security denying plaintiff disability benefits. On March 7, 2018 the United States Magistrate Judge entered her findings, conclusions, and recommendation that the decision of the Acting Commissioner be reversed and the matter remanded for further proceedings. No objections to the findings, conclusions, and recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. Finding that the findings, conclusions, and recommendation of the magistrate judge are correct, they are hereby adopted, the Acting Commissioner's decision is reversed, and this matter is remanded to the Acting Commissioner for further proceedings consistent with the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO O ORDERED**.

March 22, 2018.


SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE